**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01162-CV

### HM RUBY FUND, L.P., Appellant

### V.

### C.A. RUNDELL, JR., ET AL., Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-09062

## ORDER

Before the Court is appellant's January 5, 2015 second motion for an extension of time to file a brief seeking an extension of forty-five days. We **GRANT** the motion **TO THE EXTENT** that appellant shall file its brief by **FEBRUARY 13, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE